**Dominick D. MAZZA, Respondent,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.**

Supreme Court of Pennsylvania.

March 31, 1998.

Timothy P. Wile, Asst. Counsel, Harold H. Cramer, Asst. Chief Counsel, Andrew S. Gordon, Chief Counsel, Paul A. Tufano, General Counsel, for petitioner.

## ORDER

PER CURIAM:

AND NOW, this 31st day of March, 1998, the petition for allowance of appeal is denied in accordance with this Court's decision in *Sullivan v. Commonwealth, Department of Transportation, Bureau of Driver Licensing,* —— Pa. ——, 708 A.2d 481 (1998).